```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 14-04287-RNO
Joseph Dipietro                                                 Chapter 13
Rebecca Dipietro
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 1        Date Rcvd: Aug 21, 2019
                              Form ID: trc                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4596886        E-mail/Text: bankruptcy.bnc@ditech.com Aug 21 2019 19:25:58      Green Tree Servicing LLC,
                  PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    Ditech Financial LLC afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    CSMC 2018-RPL12 Trust c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              J. Zac Christman    on behalf of Creditor    Birchwood Lake Community Association
               zac@fisherchristman.com,   office@fisherchristman.com
              Joseph Angelo Dessoye    on behalf of Creditor    Ally Bank pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Ditech Financial LLC jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    Ally Bank jschalk@barley.com,   sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Ally Bank pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Mark E. Moulton    on behalf of Debtor 1 Joseph  Dipietro markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Mark E. Moulton    on behalf of Debtor 2 Rebecca  Dipietro markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-04287-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph Dipietro
103 Magnolia Lane
Dingmans Ferry PA 18328

Rebecca Dipietro
103 Magnolia Lane
Dingmans Ferry PA 18328

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/21/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone # 888-298-7785

Name and Address of Transferee:

CSMC 2018-RPL12 Trust
c/o Rushmore Loan Management Services
P.O Box 55004, Irvine, CA 92619
CSMC 2018-RPL12 Trust
c/o Rushmore Loan Management Services
P.O Box 55004, Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/23/19

Terrence S. Miller
**CLERK OF THE COURT**