Certificate Number: 00437-PAM-DE-033829768

Bankruptcy Case Number: 14-04287


00437-PAM-DE-033829768

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 13, 2019, at 8:11 o'clock PM MST, Rebecca DiPietro completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 13, 2019          By:    /s/Kimberly Jackson

                                   Name:  Kimberly Jackson

                                   Title: Accredited Financial Counselor