In re:                                                          Case No. 14-04287-RNO
Joseph Dipietro                                                 Chapter 13
Rebecca Dipietro
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke       Page 1 of 1          Date Rcvd: Feb 12, 2020
                             Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db/jdb      +Joseph Dipietro,   Rebecca Dipietro,   103 Magnolia Lane,   Dingmans Ferry, PA 18328-9820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
              Ashlee Crane Fogle   on behalf of Creditor   Ditech Financial LLC afogle@rascrane.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Danielle  Boyle-Ebersole   on behalf of Creditor   CSMC 2018-RPL12 Trust c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              J. Zac Christman   on behalf of Creditor   Birchwood Lake Community Association
               zac@fisherchristman.com,   office@fisherchristman.com
              Joseph Angelo Dessoye   on behalf of Creditor   Ally Bank pamb@fedphe.com
              Joseph P Schalk   on behalf of Creditor   Ditech Financial LLC jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk   on behalf of Creditor    Ally Bank jschalk@barley.com,   sromig@barley.com
              Joshua I Goldman   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon   on behalf of Creditor   Ally Bank pamb@fedphe.com
              Mario John Hanyon   on behalf of Creditor   Ditech Financial LLC pamb@fedphe.com
              Mark E. Moulton   on behalf of Debtor 1 Joseph  Dipietro markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Mark E. Moulton   on behalf of Debtor 2 Rebecca  Dipietro markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Thomas I Puleo   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Dipietro,

**Debtor 1**

Rebecca Dipietro,
aka Rebecca Pavelchak,

**Debtor 2**

Chapter     13

Case No.     5:14−bk−04287−RNO

Social Security No.:

          xxx−xx−7192          xxx−xx−4881

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  February 12, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (05/18)